UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JASON P. BROWN,                  :
                                 :   Civil Action No. 08-5461 (NLH)
            Plaintiff,           :
                                 :
      v.                         :   **ORDER**
                                 :
J. POTTER, et al.,               :
                                 :
            Defendants.          :   **CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this 22nd day of July, 2009,

ORDERED that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the U.S. Attorney for the District of New Jersey and the warden of the Federal Correctional Institution at Fairton, New Jersey; and it is further

ORDERED that Plaintiff's requests for injunctive relief are DENIED; and it is further

ORDERED that all claims challenging the results of the disciplinary proceeding are DISMISSED WITHOUT PREJUDICE for failure to state a claim; and it is further

ORDERED that all claims challenging Plaintiff's placement in

administrative segregation during the investigation of the alleged disciplinary violation are DISMISSED WITH PREJUDICE; and it is further

ORDERED that within 30 days after entry of this Order, Plaintiff may file a motion to re-open and for leave to file an amended complaint, attaching to any such motion a proposed amended complaint addressing the deficiencies of the Complaint as described in the Opinion filed herewith; and it is further

ORDERED that this dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g); and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

At Camden, New Jersey				/s/ NOEL L. HILLMAN
						Noel L. Hillman
						United States District Judge